## 32505. WHITMIRE et al. v. BMW OF NORTH AMERICA, INC.

NICHOLS, Chief Justice.

The relevant facts in this case are identical to those in *General GMC Trucks, Inc. v. General Motors Corp., GMC Truck & Coach Division* and *General GMC Trucks, Inc. v. Trade City GMC, Inc.,* 239 Ga. 373 (1977). Accordingly, the judgment of the trial court is affirmed.

*Judgment affirmed. All the Justices concur, except Hill, J., who is disqualified.*

SUBMITTED JULY 12, 1977 — DECIDED SEPTEMBER 8, 1977.

*Redfern, Butler & Morgan, Stephen E. Raville, Gerald L. Baxter, Vaughn, Barksdale & Nation, Clarence R. Vaughn, Robert W. Maddox,* for appellants.

*King & Spalding, Byron Attridge, James D. Miller,* for appellee.